UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE:<br><br>1563 28TH AVENUE<br>SAN FRANCISCO, CA 94112. | Case No. 19-cv-01385-LB<br><br>**ORDER GRANTING INTERPLEADER PLAINTIFF'S MOTION FOR FEES AND COSTS**<br><br>Re: ECF No. 58, 93 |

Interpleader plaintiff Peak Foreclosure moved for an award of $9,371.33 in fees and costs associated with this interpleader action.[1] The court has reviewed the filings in this case (including the supplemental declaration of Peak Foreclosure's counsel Reilly D. Wilkinson[2]), finds that Peak Foreclosure's request is reasonable, and awards it $9,371.33 in fees and costs. *Cf. Sun Life Assur. Co. of Can. v. Estate of Chan*, No. C-03-2205 SC, 2003 WL 22227881, at *3 (N.D. Cal. Sept. 22, 2013) (finding that $8,000 was a fair award for fees and costs in connection with maintaining an interpleader action and filing a motion for discharge and awarding additional fees and costs for additional proceedings that arose in that case).[3]

---

[1] Peak Foreclosure Mot. – ECF No. 58 at 2.

[2] Wilkinson Suppl. Decl. – ECF No. 93.

[3] In his supplemental declaration, Mr. Wilkinson states that Peak Foreclosure has expended fees and costs of $11,525.38. *Id.* at 3. Peak Foreclosure's motion for fees and costs requested only $9,371.33,

To the extent that Peak Foreclosure has not yet deposited the interpleader funds of $273,331.73 with the court, the court directs it to do so (less $9,371.33, which it may retain to cover its fees and costs). The court directs Peak Foreclosure to file a notice on the docket when it has done so. Pursuant to the court's earlier order,[4] within fourteen days of when Peak Foreclosure deposits the interpleader funds with the court, the clerk of the court is directed to disburse $34,187.63 to the United States on its claim filed May 23, 2019,[5] after which the United States will be excused from further participation and dismissed from this matter.

**IT IS SO ORDERED.**

Dated: October 25, 2019

LAUREL BEELER
United States Magistrate Judge

---

however. Peak Foreclosure Mot. – ECF No. 58 at 2. The claimants to the interpleader funds have not had the opportunity to respond to a request for $11,525.38. In any event, the court gave Peak Foreclosure an opportunity to submit an additional declaration to address a deficiency in its original request for fees and costs, not to give it an opportunity to revise its request upward. The court thus finds that $9,371.33, not $11,525.38, is an appropriate award. *Cf. Fong v. Beehler*, No. C-13-03021(EDL), 2013 WL 5913612, at *3 (N.D. Cal. Oct. 31, 2013).

[4] Order – ECF No. 47.

[5] United States Cl. – ECF No. 18.