UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE:<br><br>1563 28TH AVENUE, SAN FRANCISCO, CA 94122, | Case No. 19-cv-01385-LB<br><br>**ORDER DENYING MR. POORSINA'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: ECF No. 198, 199 |

Claimant Ali Poorsina filed motions for summary judgment against Peak Foreclosure Services, Inc. and claimant Jeffrey Neustadt.[1] The court previously discharged Peak of liability with respect to the proceeds and denied Mr. Poorsina's summary-judgment motion against Peak. The court also granted Mr. Neustadt's summary-judgment motion, entered judgment in his favor, and dismissed him from this matter.[2] The court thus denies and terminates Mr. Poorsina's pending motions.

**IT IS SO ORDERED.**

Dated: October 1, 2020

LAUREL BEELER
United States Magistrate Judge

---

[1] Mots. – ECF Nos. 198, 199. Mr. Poorsina also named two individuals, Kelli Espinoza and Anna Mosk, in his motions who are not part of this litigation. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Orders – ECF Nos. 91, 167, 183, 191.

ORDER – No. 19-cv-01385-LB