UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE:<br><br>1563 28TH AVENUE,<br>SAN FRANCISCO, CA 94122, | Case No. 19-cv-01385-LB<br><br>**ORDER REGARDING REMAINING FUNDS**<br><br>Re: ECF Nos. 183, 193, 195, 197 |

As of September 30, 2020, $2,866.64 remains in the court's registry fund. Mr. Cowan's contingency agreement provided for his recovery of 40 percent of any recovery in addition to the retainer.[1] His retainer was $3,500 (Mr. Poorsina paid $1,500), and Mr. Cowan seeks only 40 percent, or approximately $1,146.66.[2] Therefore, the court orders disbursement of 40 percent of the remaining funds to Mr. Cowan (approximately $1,146.66). The remaining 60 percent of the proceed funds (approximately $1,719.98) will be disbursed to Mr. Poorsina.

The mailing addresses are as follows:

> John E. Cowan
> Law Offices of John E. Cowan
> 100 Pine Street, Suite 1250
> San Francisco, CA 94111

> Ali R. Poorsina
> 1036 Mission St. Apt 907
> San Francisco, CA 94103

**IT IS SO ORDERED.**

Dated: October 6, 2020

LAUREL BEELER
United States Magistrate Judge

---

[1] Cowan Decl. – ECF No. 195 at 2 (¶¶ 3–5); Cowan Agreement, Ex. 1 to Cowan Decl. – ECF No. 195-1 at 2.

[2] Cowan Decl. – ECF No. 195 at 2 (¶ 3); Cowan Agreement, Ex. 1 to Cowan Decl. – ECF No. 195-1 at 2.