United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE:<br><br>1563 28TH AVENUE, SAN FRANCISCO, CA 94122, | Case No. 19-cv-01385-LB<br><br>**JUDGMENT FOR CLAIMANTS ALI POORSINA AND JOHN COWAN** |

On October 6, 2020, the court ordered disbursements of the remaining funds in the registry to the remaining claimants Ali Poorsina and John Cowan. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Mr. Cowan in the amount of $1,146.66 and against Mr. Poorsina. The court enters judgment in favor of Mr. Poorsina in the amount of $1,719.98. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 6, 2020

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-01385-LB