UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE:<br><br>1563 28TH AVENUE,<br>SAN FRANCISCO, CA 94122, | Case No. 19-cv-01385-LB<br><br>**AMENDED ORDER REGARDING REMAINING FUNDS** |

As of September 30, 2020, the court's registry fund had $2,866.64. Mr. Cowan's contingency agreement allows a 40-percent recovery in addition to a retainer. The retainer was $3,500, and Mr. Poorsina paid $1,500. Mr. Cowan asks for 40 percent of $2,866.64, or $1,146.66.[1] The court orders that disbursement from the fund plus accrued interest. The disbursement thus is (1) 40 percent of the fund to Mr. Cowan (approximately $1,146.66); and (2) 60 percent to Mr. Poorsina (approximately $1,719.98). The mailing addresses are as follows:

| | |
|---|---|
| John E. Cowan<br>Law Offices of John E. Cowan<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111 | Ali R. Poorsina<br>1036 Mission St. Apt 907<br>San Francisco, CA 94103 |

**IT IS SO ORDERED.**

Dated: October 7, 2020

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Cowan Decl. – ECF No. 195 at 2 (¶¶ 3–5); Cowan Agreement – ECF No. 195-1 at 2.

AMENDED ORDER – No. 19-cv-01385-LB